HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-149 RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH SENTENCING BY VIDEOCONFERENCE |
| JOEY A. MAILLET, | |
| Defendant. | |

THIS COURT has considered Joey Maillet's unopposed motion for the Court to issue a case-specific order allowing Mr. Maillet to proceed with sentencing via videoconference to avoid a "serious harm[] to the interests of justice." *See* General Order No. 04-20 (3/30/2020); General Order No. 13-20 (9/4/2020), and for the reasons set forth in the unopposed motion finds good cause to proceed with sentencing via videoconference.

IT IS NOW ORDERED that Defendant's Unopposed Motion to Proceed Via Videoconference (Dkt. #30) is GRANTED.  Mr. Maillet's sentencing hearing shall proceed by videoconference on **Wednesday, October 7, 2020, at 9:30 a.m.**

IT IS FURTHER ORDERED that Mr. Maillet be provided with headphones by the Federal Detention Center at SeaTac for that hearing.

DATED this 22nd day of September 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO PROCEED WITH SENTENCING
HEARING BY VIDEOCONFERENCE
(*United States v. Maillet*, No. CR19-149 RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**