THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR19-149RAJ |
| Plaintiff, | ) ) | ORDER GRANTING JOINT MOTION TO AMEND JUDGMENT TO IMPOSE |
| vs. | ) ) | RESTITUTION |
| JOEY A. MAILLET, | ) ) | |
| Defendant. | ) ) | |

THIS MATTER has come before the Court on the parties' Joint Motion to Amend Judgment To Imposed Restitution. Having considered the motion, and the files and pleadings herein,

IT IS ORDERED that the parties' Joint Motion (Dkt. # 41) is GRANTED. The Court will enter the Amended Judgment in the form proposed by the parties.

DATED this 4th day of February, 2021.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING JOINT MOTION
TO AMEND JUDGMENT TO IMPOSE
RESTITUTION - 1
(*Joey A. Maillet;* CR19-149RAJ)